**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| KENNETH BARNES,<br><br>                Plaintiff,<br><br>vs.<br><br>SOUTHSTAR TRUCKING, INC.,<br><br>                Defendant. | C/A No. 7:25-cv-12866-JDA<br><br>**DEFENDANT SOUTHSTAR TRUCKING, INC.'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** |

Defendant Southstar Trucking, Inc. (hereinafter "Defendant" or "Southstar"), by and through the undersigned counsel, hereby submits the following answers to the Court's interrogatories pursuant to Rule 26.01 of the Local Civil Rules of the United States District Court for the District of South Carolina.

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**

**None, upon information and belief.**

(B)     As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:**

**This matter is an action at law for alleged personal injury and thus should be tried by jury.**

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the

outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:**

**Southstar Trucking, Inc. is a privately held corporation which is not publicly traded or owned, and therefore, no publicly owned company owns ten percent or more of its shares; and Southstar Trucking, Inc. does not own ten percent or more of the shares of any publicly traded company.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:**

**Plaintiff appropriately filed suit in the Spartanburg Division as the underlying accident occurred in Spartanburg County, South Carolina. Defendant makes no challenge to the appropriateness of the division at this time.**

(E)     Is this action related in whole or in part to any other matter filed in this District? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if head by different judges.

**ANSWER:**

**No.**

(F)     If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:**

**Defendant is properly identified.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:**

**Defendant makes no such contention at this time but reserves the right to do so at a later date.**

(H) In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name--and identify the citizenship of--every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:**

**Southstar Trucking, Inc. is a corporation organized in and existing pursuant to the laws of the State of Texas which is authorized to do business in South Carolina.**

**Upon information and belief, Plaintiff is a citizen and resident of the State of South Carolina.**

    Respectfully submitted,

    s/Gray T. Culbreath
    Gray T. Culbreath, Fed. ID No. 5647
    Gallivan, White & Boyd, P.A.
    1201 Main Street, Suite 1200
    Columbia, SC 29201
    gculbreath@gwblawfirm.com

    *Attorney for Defendant*

December 17, 2025