IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| KENNETH BARNES,<br><br>　　　Plaintiff,<br><br>v.<br><br>SOUTHSTAR TRUCKING, INC.,<br><br>　　　Defendant. | C/A No.: 7:25-cv-12866-JDA<br><br><br>**RULE 26(f) REPORT** |

　　　The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐　　We agree that the schedule set forth in the Conference and Scheduling Order issued <u>is appropriate for this case</u>. The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

☒　　We agree that the schedule set forth in the Conference and Scheduling Order issued <u>requires modification as set forth in the attached proposed Consent Amended Scheduling Order</u> (use same format as the Court's standard scheduling order attached hereto). The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

☐　　We are unable, after consultation, to agree on a schedule for this case. Therefore, <u>we request a scheduling conference with the Court</u>. The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

| | |
|---|---|
| s/Cooper Klaasmeyer<br>Cooper Klaasmeyer, Esquire (Fed. Bar 14272)<br>Morgan & Morgan<br>*Attorney for Plaintiff* | s/Gray T. Culbreath<br>Gray T. Culbreath, Esquire (Fed. Bar 5647)<br>Gallivan, White & Boyd, P.A.<br>*Attorney for Defendant* |

January 6, 2026